IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH DEAN DAWSON,                        No. 2:04-cv-1211-MCE-CMK-P

       Plaintiff,

  v.                                        <u>ORDER</u>

LOPEZ, REED, and SACRAMENTO
COUNTY JAIL,

       Defendants.
                              /

      Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

      On December 7, 2005, the magistrate judge filed Findings and Recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any Objections to the Findings and Recommendations were to be filed within ten (10) days. Plaintiff filed a document on December 29, 2005, which the Court construes as Objections to the Findings and Recommendations.

1

1        In accordance with the provisions of 28 U.S.C.
2   § 636(b)(1)(C) and Local Rule 72-304, this Court has conducted a
3   <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the
4   entire file, the Court finds the Findings and Recommendations to
5   be supported by the record and by proper analysis.
6        Accordingly, IT IS HEREBY ORDERED that:
7        1.   The Findings and Recommendations filed December 7,
8   2005, are adopted in full;
9        2.   This action is dismissed, without prejudice, for lack
10  of prosecution and failure to comply with Court orders and rules;
11  and
12       3.   The Clerk of the Court is directed to enter judgment
13  and close this file.
14  DATE: January 24, 2006

                                    _____
                                    MORRISON C. ENGLAND, JR
                                    UNITED STATES DISTRICT JUDGE

2